IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMY MARIE KOTH,

    Plaintiff,

    v.                                  Case No. 3:23-cv-00619-slc

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Acting Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Acting Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

The parties agree that, upon remand from the court, the Appeals Council will order the ALJ to reevaluate the evidence; including the opinion evidence, reassess the RFC; and obtain vocational expert evidence to assess whether there are jobs in

1

significant numbers in the national economy that the claimant could still do. The ALJ will also offer the claimant the opportunity for a new hearing.

SO ORDERED this 26TH day of FEBRUARY 2024.

BY THE COURT:

_____
HONORABLE STEPHEN L. COCKER
United States Magistrate Judge